UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINA CASTOR-OPULENCIA, | Case No.: 5:14-cv-04262-PSG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JPMORGAN CHASE BANK, et al., | **(Re: Docket No. 18)** |
| Defendants. | |

Having received no amended complaint from Plaintiff Gina Castor-Opulencia, the court has granted Defendants' motion to dismiss with prejudice.[1]  The Clerk shall close the file.

**SO ORDERED.**

Dated: February 10, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 18.

Case No. 5:14-cv-04262-PSG
JUDGMENT

1